UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AYRO, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:20-CV-01544 |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** that Plaintiff Ayro, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule without prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Nora K. Cook* | BRIAN M. BOYNTON |
| ERIC LARSON ZALLUD | Principal Deputy Assistant Attorney General |
| NORA K. COOK | |
| LAURA E. KOGAN | PATRICIA M. MCCARTHY |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | Director |
| 200 Public Square, Suite 2300 | /s/ L. Misha Preheim |
| Cleveland, Ohio 44114-2378 | L. MISHA PREHEIM |
| Telephone: 216.363.4500 | Assistant Director |
| Facsimile: 216.363.4588 | |
| Email: ezalud@beneschlaw.com | /s/ Justin R. Miller |
|           ncook@beneschlaw.com | JUSTIN R. MILLER |
|           lkogan@beneschlaw.com | Attorney-In-Charge, |
| *Attorneys for Plaintiff Ayro, Inc.* | International Trade Field Office |
| | |
| | /s/ Elizabeth A. Speck |
| | Elizabeth A. Speck |
| | Senior Trial Counsel |
| | Commercial Litigation Branch |
| | Civil Division |
| | Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: (202) 307-0369 |
| | |
| | SOSUN BAE |
| | Senior Trial Counsel |
| | Commercial Litigation Branch |
| | Civil Division |
| | Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | |
| | *Attorneys for Defendants* |

## SCHEDULE TO STIPULATION OF DISMISSAL

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| CASE NO.: 1:20-CV-01544 | **Ayro, Inc.** |

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____          Clerk, U. S. Court of International Trade

By:_____
Deputy Clerk

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on August 16, 2023, the *Notice of Dismissal Without Prejudice* was filed with the Court using the CM/ECF system. Counsel for the parties have been served through the CM/ECF system.

*/s/ Nora K. Cook*
NORA K. COOK

*One of the Attorneys for Plaintiff Ayro, Inc.*

23081393 v1